IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-231-D

| | | |
|---|---|---|
| PAUL A. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOARD OF TRUSTEES OF WAYNE | ) | |
| COMMUNITY COLLEGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 16, 2014, Paul A. Mitchell ("Mitchell" or "plaintiff") filed a motion for an expedited Rule 16 scheduling conference [D.E. 8]. On June 25, 2014, Mitchell filed a motion for a default judgment [D.E. 19]. On July 18, 2014, Mitchell filed a motion for an order to show cause [D.E. 26]. On July 21, 2014, Mitchell filed a motion for judicial review and consolidation [D.E. 28]. Defendants responded in opposition.

Mitchell's motions [D.E. 8, 19, 26, 28] lack merit and are DENIED. The motion to dismiss of the North Carolina Division of Employment Security [D.E. 42] is GRANTED for the reasons stated in this court's order in Mitchell v. Wayne Cmty. Coll. and the N.C. Div. of Emp't Sec., No. 5:14-CV-584-D, at *5–9 (E.D.N.C. Nov. 3, 2014) (unpublished).

SO ORDERED. This **3** day of November 2014.

JAMES C. DEVER III
Chief United States District Judge