IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-231-D

| | | |
|---|---|---|
| PAUL A. MITCHELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| BOARD OF TRUSTEES OF WAYNE COMMUNITY COLLEGE, et al., | ) ) ) ) | |
| Defendants. | ) | |

In light of this court's order of November 4, 2014 [D.E. 50], defendants' motion to strike [D.E. 38] is DISMISSED as moot.

SO ORDERED. This 10 day of November 2014.

JAMES C. DEVER III
Chief United States District Judge