IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-231-D

| | | |
|---|---|---|
| PAUL A. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOARD OF TRUSTEES OF WAYNE COMMUNITY COLLEGE, et al., | ) ) ) | |
| Defendants. | ) | |

On April 2, 2015, defendants filed a motion for sanctions [D.E. 73]. On April 23, 2015, plaintiff responded in opposition. See [D.E. 75]. On May 8, 2015, defendants replied. See [D.E. 77].

The court has considered the entire record. The motion for sanctions [D.E. 73] is DENIED.

SO ORDERED. This _3_ day of June 2015.

JAMES C. DEVER III
Chief United States District Judge